UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14021-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ARTHUR CARL HASPEL,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on April 4, 2011. A Report and Recommendation was filed on April 6, 2011, (D.E.#14), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Counts 1 through 9 of the nine count Information which charges the Defendant with distributing and dispensing Roxicodone, also known as Oxycodone, outside the scope of professional practice, in violation of Title 21, United States Code, Section 841(a).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26 day of April, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office